FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 29 2010

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

Ms. Tanya Ganey _____

_____

_____
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO. **4 • 10 - CV - 1093 JMM**
(case number to be supplied by the assignment clerk)

Pulaski County Special School District _____

_____

This case assigned to District Judge **Moody**
and to Magistrate Judge **Ray**

_____
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Ms. Tanya Ganey _____, is a
(name of plaintiff)
citizen of the United States and resides at 111 Spring Oak Drive _____,
(street address)
Sherwood _____, Pulaski _____, Arkansas _____, 72120 _____,
(city)          (county)         (state)           (ZIP)
501-658-0057 _____.
(telephone)

3. Defendant, Pulaski County Special School District _____, lives at, or its
(name of defendant)
business is located at 925 E. Dixon Road _____, Little Rock _____,
(street address)                                    (city)
Pulaski _____, AR _____, 72216 _____.
(county)        (state)               (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at _925 E. Dixon Road_____, _Little Rock_____,
                  (street address)                                 (city)
_Pulaski_____, _AR_____, _72216_____.
(county)              (state)              (ZIP)

       5.      Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about _June 01, 2009_____.
                                           (month)     (day)     (year)

       6.      Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about _November 20, & December 8, 2009___.
                                           (month)    (day)    (year)

       7.      The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on _April 29, 2010_____, a copy of which notice
                                         (month)   (day)   (year)
is attached to this complaint.

       8.      Because of plaintiff's (1) _____ race, (2) _____ color, (3)__**X**__ sex, (4) _____ religion, (5) _____ national origin, defendant:

            (a) _____ failed to employ plaintiff.

            (b) _____ terminated plaintiff's employment.

            (c) _____ failed to promote plaintiff.

            (d) _failed to provide accommodations according to ADA, subjected plaintiff to_ _different terms and conditions than male counterparts, in violation to Title VII._____

_____

_____

       9.      The circumstances under which the defendant discriminated against plaintiff were

as follows: Principal unilaterally ceased the accommodations extended to Ms. Ganey for her disability by moving her classroom assignment (five times in the last 7 years and the past 3 consecutive years) . Male coaches are assigned double prep periods. Ms. Ganey was given a single preparation time. Coach Ganey has asked for a number of years to teach health for which she is certified. The District continually matches this teaching position only with traditionally male coaching positions. There has been no female coach with a health teaching assignment since 1989.

10. The acts set forth in paragraph 9 of this complaint:

   (a) __X__ are still being committed by defendant.

   (b) _____ are no longer being committed by defendant.

   (c) __X__ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) _____ Defendant be directed to employ plaintiff, and

   (b) _____ Defendant be directed to re-employ plaintiff, and

   (c) _____ Defendant be directed to promote plaintiff, and

   (d) __X__ Defendant be directed to provide all benefits of male coaches

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tanya D. Ganey<br>111 Spring Oak Dr.<br>Sherwood, AR 72120 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2009-42090 | Rodney E. Phillips, Investigator | (501) 324-6473 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Virginia Pollard /KB*
Virginia C. Pollard,
Acting Director

**APR 29 2010**
*(Date Mailed)*

Enclosures(s)

cc:
| James Sharp<br>Superintendent<br>PCSSD<br>925 Dixon Road<br>Little Rock, AR 72206 | Jay Bequette<br>Attorney<br>BEQUETT & BILLINGSLEY<br>425 W. Capitol Av., Ste. 3200<br>Little Rock, AR 72201-3469 | Sandra Roy<br>Executive Director<br>PULASKI ASSOC. OF CLASSROOM TEACHERS<br>1500 W. 4TH Street<br>Little Rock, AR 72201 |
|---|---|---|

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>**within 90 days**</u> of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*