IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TANYA GANEY                                                                                              PLAINTIFF

VS.                              CASE NO.  4:10CV01093 JMM

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                              DEFENDANT

## ORDER

Plaintiff's Motion for Voluntary Dismissal is granted (#4).  The case is dismissed without prejudice.

IT IS SO ORDERED THIS   16   day of   February  , 2011.

James M. Moody
United States District Judge